NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE UNITED STATES,**

*Petitioner*

---

2026-144

---

On Petition for Writ of Mandamus to the United States Court of International Trade in No. 1:25-cv-00066-RKE, Senior Judge Richard K. Eaton.

---

## O R D E R

The United States filed a petition for a writ of mandamus and subsequently moved to withdraw it.

Upon consideration thereof,

IT IS ORDERED THAT:

The request to withdraw the petition for a writ of mandamus is granted and the petition is dismissed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 9, 2026
Date